AO91 (Rev. 12/03)  Criminal Complaint                                                                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs. | **CRIMINAL COMPLAINT** |
| Ramon CASTRO-Ortiz<br>AKA Ramon CASTRO<br>IAE A208 174 956<br>Mexico 1974 | Case Number: 7:15-po-03007 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **May 23, 2015** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Ramon CASTRO-Ortiz was encountered by Border Patrol Agents near Donna, Texas on May 23, 2015.  When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on May 23, 2015 by rafting across the Rio Grande River near the Donna, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes    ☒ No

/S/  Ibarra, Julio  Border Patrol Agent
Signature of Complainant

Ibarra, Julio    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 24, 2015                                                    at    McAllen, Texas
Date                                                                      City/State

Dorina Ramos            U.S. Magistrate Judge
Name of Judge           Title of Judge                               Signature of Judge